# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Omar Adame-Cano,

        Petitioner,

v.

Eric Rokosky, et al.,

        Respondents.

No. CV-26-01921-PHX-KML (ASB)

**ORDER**

Petitioner challenged his present immigration detention, arguing his prolonged detention without a bond hearing violates his due process rights. (Doc. 1.) The court directed respondents to answer the petition. (Doc. 5.)  Respondents' response stated:

> Under the facts and circumstances of this case, Respondents do not oppose the habeas petition or the requested relief of release from custody.

(Doc. 12.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted** as to his request for release from custody.  The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** respondents must immediately release petitioner from custody.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance within two business days of petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 23rd day of April, 2026.

Honorable Krissa M. Lanham
United States District Judge

- 2 -